Ellen E. Cohen (SBN 258131)
Ellen.Cohen@jacksonlewis.com
Thomas G. Mackey (SBN 174572)
Thomas.Mackey@jacksonlewis.com
Phoebe F. King (SBN 346906)
Phoebe.King@jacksonlewis.com
**JACKSON LEWIS P.C.**
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017
Telephone:  (213) 689-0404
Facsimile:   (213) 689-0430

Dylan B. Carp (SBN 196846)
Dylan.Carp@jacksonlewis.com
**JACKSON LEWIS P.C.**
50 California Street, 9th Floor
San Francisco, CA 94111
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendant
PARKER HANNIFIN CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE LOPEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PARKER HANNIFIN CORPORATION, an Ohio Corporation, and DOES 2 through 20, inclusive,<br><br>Defendants. | Case No.: **2:24-cv-02490 HDV (SKx)**<br><br>[*Assigned to Judge Hernan D. Vera, and Magistrate Judge Steve Kim*]<br><br>~~[PROPOSED]~~ FINAL JUDGMENT<br><br>Complaint Filed:   December 5, 2023 |

On October 3, 2025, the Court granted Defendant Parker Hannifin Corporation's motion for summary judgment.  Under Federal Rule of Civil Procedure 58, the Court enters judgment for Defendant and against Plaintiff Rene Lopez.

**IT IS SO ORDERED.**

DATE:   11/12/25

_____
HONORABLE HERNÁN D. VERA
Judge of the United States District Court

4900-6268-2744, v. 2